FILED

11 SEP 16 AM 8:36

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. 11CR3938-NLS
) JUDGMENT
v. )
)
MISKI HAJI MOHAMED ) KAREN C. LEHMANN, FD.
) Defendant's Attorney

REGISTRATION NO. 27361298

VIOLATION: 8:1325 - ILLEGAL ENTRY (Misdemeanor)

**x** Defendant pleaded guilty to count 1 of the INFORMATION (Misdemeanor)
___ Count(s) _____ dismissed on the government's oral motion.
___ Underlying _____ dismissed on the government's oral motion.

**JUDGMENT**

**x** Defendant is adjudged guilty on count 1 of the INFORMATION (Misdemeanor)

**x** No probation term imposed by the Court.
on the following conditions:
**x** obey all laws, Federal, State and Municipal
___ comply with all lawful rules and regulations of the probation department
**x** not possess any narcotic drug or controlled substance without a lawful medical prescription
**x** not transport, harbor or assist undocumented aliens
**x** not reenter the United States illegally
**x** not possess any firearm, destructive device or any other dangerous weapon
___ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer
**x** the court waives the mandatory drug testing condition based on the court's determination that the defendant poses a low risk of future substance abuse.
**x** Penalty assessment of $ 10.00 (WAIVED)
**x** Fine waived        ___ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

SEPTEMBER 15, 2011
Date of Imposition of Sentence

_____
NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE
Entered on: